UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAMES LEACHMAN AND SETH LEACHMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No. CV-19-82 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Government's motion to dismiss Leachmans' complaint [3] is GRANTED..

    Dated this 30th day of March, 2020.

                                 TYLER P. GILMAN, CLERK

                                 By: /s/ Megan Stewart
                                 Megan Stewart, Deputy Clerk